IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | 1:21CR105-1 |
| MARCOS [NMN] SOSA SOSA, also known as Marcos Sosa-Sosa, Marcos Sosa, and Marcos Pacheco | : | |

FILED MAR 29 2021

The Grand Jury charges:

On or about June 7, 2020, in the County of Forsyth, in the Middle District of North Carolina, MARCOS [NMN] SOSA SOSA, also known as Marcos Sosa-Sosa, Marcos Sosa, and Marcos Pacheco, an alien who had previously been deported and removed from the United States on or about September 18, 2012, and whose removal was subsequent to a conviction for the commission of a felony, thereafter was found in the United States at Winston-Salem, North Carolina, said defendant having not obtained the consent of the Attorney General of the United States or the Secretary for Homeland Security to reapply

for admission into the United States; in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

DATED: March 29, 2021

SANDRA J. HAIRSTON
Acting United States Attorney

*Margaret M. Reece by RSG*
BY: MARGARET M. REECE
Special Assistant United States Attorney

A TRUE BILL:

_____
FOREPERSON